

# Notice of Service of Process

**AST / ALL**
**Transmittal Number:** 24887839
**Date Processed:** 05/09/2022

| | |
|---|---|
| **Primary Contact:** | Andrew Akey<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Emily Hawke-James<br>Jim McMenomy<br>Meghan Olson<br>Todd Lemanski<br>Brianna Varanko |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Medard, Inc. |
| **Title of Action:** | Nancy Delaney vs. Menard, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | McHenry County Circuit Court, IL |
| **Case/Reference No:** | 22LA000116 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 05/05/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Law Office Of Daniel L. Goodman, Lt,C<br>847-292-6000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

EXHIBIT A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>McHenry COUNTY | SUMMONS | For Court Use Only |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | NANCY DELANEY<br>Plaintiff / Petitioner *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | MENARD, INC.<br>Defendant / Respondent *(First, middle, last name)* | 22LA000116<br>Case Number |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| | |
|---|---|
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

1. **Defendant/Respondent's address and service information:**

| | |
|---|---|
| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: MEDARD, INC.<br>Registered Agent's name, if any: PRENTICE HALL CORP.<br>Street Address, Unit #: 801 ADLAI STEVENSON DRIVE<br>City, State, ZIP: SPRINGFIELD, IL 62703<br>Telephone: _____ Email: _____ |
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff ☐ Sheriff outside Illinois: _____ *County & State*<br>☐ Special process server ☐ Licensed private detective |

SU-S 1503.2     Page 1 of 4     (06/21)

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:** <br> Amount claimed: $ 50,001.00 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last)*: NANCY DELANEY <br> Street Address, Unit #: 10400 W. HIGGINS RD., STE. 500 <br> City, State, ZIP: ROSEMONT, IL 60010 <br> Telephone: _____ Email: _____ |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. <br> To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4. Instructions for person receiving this *Summons* (Defendant):** <br> [✓] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: <br> Address: _____ <br> City, State, ZIP: _____ |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | [ ] b. Attend court: <br> On: _____ at _____ [ ] a.m. [ ] p.m. in _____ <br>     Date      Time               Courtroom <br> **In-person at:** _____ <br> *Courthouse Address  City  State  ZIP* <br> OR <br> **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br>   By telephone: _____ <br>     *Call-in number for telephone remote appearance* <br>   By video conference: _____ <br>     *Video conference website* <br> *Video conference log-in information (meeting ID, password, etc.)* <br> Call the Circuit Clerk at: _____ or visit their website <br>     *Circuit Clerk's phone number* <br> at: _____ to find out more about how to do this. <br>   *Website* |
| In 4b, fill out: <br> • The court date and time the clerk gave you. <br> ○ The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | |
| **STOP!** <br> The Circuit Clerk will fill in this section. | **Witness this Date:** 4/19/2022 10:08 AM Electronically Issued <br> DATE <br> *Katherine M. Keefe* <br> KATHERINE M. KEEFE, Circuit Clerk <br> **Clerk of the Court:** JBC <br> By: _____ Deputy Clerk     *Seal of Court* |
| **STOP!** <br> The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date. <br> Date of Service: _____ <br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>McHenry COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed.<br>Enter your name as Plaintiff/Petitioner.<br>Enter the names of all people you are suing as Defendants/Respondents.<br>Enter the Case Number given by the Circuit Clerk. | NANCY DELANEY<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br><br>v.<br><br>MENARD, INC.<br>**Defendant / Respondent** *(First, middle, last name)*<br><br>☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
*First, Middle, Last*

  ☐ Personally on the Defendant/Respondent:
  Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

  ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
              *First, Middle, Last*
  Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

  ☐ On the Corporation's agent, _____
                   *First, Middle, Last*
  Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

| | | |
|---|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **By:** _____ *Signature by:* ☐ Sheriff ☐ Sheriff outside Illinois: _____ *County and State* ☐ Special process server ☐ Licensed private detective _____ *Print Name* | **FEES** Service and Return: $ _____ Miles _____ $ _____ Total $ 0.00 |

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

RDA/mcl 4.12.22

```
NOTICE
THIS CASE IS HEREBY SET FOR A
SCHEDULING CONFERENCE IN
COURTROOM   TBD   ON
07-19-2022        , AT TBD .
FAILURE TO APPEAR MAY
RESULT IN THE CASE BEING
DISMISSED OR AN ORDER OF
DEFAULT BEING ENTERED.
```

** FILED ** Env: 17546175
McHenry County, Illinois
22LA000116
Date: 4/19/2022 10:08 AM
Katherine M. Keefe
Clerk of the Circuit Court

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF McHenry   )

IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
MCHENRY COUNTY, ILLINOIS

NANCY DELANEY,          )
                        )
        Plaintiff,      )
                        )
vs.                     )   Case No.: 22LA000116
                        )
MENARD, INC.            )
                        )
        Defendant.      )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, NANCY DELANEY, by and through her attorneys, LAW OFFICE OF DANIEL E GOODMAN, LLC, who complain of the Defendant, MENARD INC., as follows:

1. On or about May 23, 2020, and at all times relevant, the Defendant, MENARD, INC., operated, managed, controlled and/or possessed a building and surrounding land located at 4850 U.S. Route 14 (commonly known as "Northwest Highway"), in the City of Crystal Lake, County of McHenry, and State of Illinois.

2. At the time and place aforesaid the Plaintiff, NANCY DELANEY, was lawfully upon the premises located at 4850 U.S. Route 14, in the City of Crystal Lake, County of McHenry, and State of Illinois as a patron and was using the women's restroom.

3. At the time and place aforesaid, the Plaintiff, NANCY DELANEY, slipped and fell due to the floor being wet, which resulted in Plaintiff, NANCY DELANEY, falling to the ground.

4. A the time and place aforesaid, the Defendant, MENARD, INC., by and through its employees and agents, had a duty to exercise ordinary care in the ownership, control and maintenance

of the aforesaid premises so that patrons, including the Plaintiff, NANCY DELANEY, were not injured.

5. That at the time and place aforesaid, the Defendant, MENARD, INC., by and through its employees and agents breached the aforesaid duty when the Defendant, MENARD, INC., carelessly and negligently did the following acts and/or omissions:

   a. Carelessly and negligently maintained, possessed, operated, managed, and/or controlled said premises so that as a direct and proximate result thereof, Plaintiff, NANCY DELANEY, was injured;
   b. Carelessly and negligently failed to make adequate and proper inspection of said premises to determine the dangerous condition thereof;
   c. Carelessly and negligently failed to warn persons walking upon said premises, including the Plaintiff, NANCY DELANEY, of the hazardous and dangerous condition of the bathroom floor although Defendant, MENARD, INC., knew or should have known that said failure was likely to result in injury to persons walking upon said bathroom floor, including Plaintiff, NANCY DELANEY;
   d. Carelessly and negligently allowed an accumulation of liquid to exist on the handicap bathroom floor, presenting a hazardous condition where individuals, including Plaintiff, NANCY DELANEY were likely to walk;
   e. Carelessly and negligently failed to clean the aforementioned premises;
   f. Carelessly and negligently failed to maintain the aforementioned premises; and
   g. Otherwise carelessly and negligently maintained, possessed, managed, operated and/or controlled said premises.

6. That as a direct and proximate result of one or more of the aforesaid wrongful acts or omissions of the Defendant, MENARD, INC., the Plaintiff, NANCY DELANEY, was severely and permanently injured both internally and externally, and suffered a severe shock to her nervous system, and bruises, contusions, and lacerations to her body, and became and was sick and disabled, and suffered, and will in the future suffer, great pains, discomfort and physical impairment, all of which injuries are permanent; and she has lost and will in the future lose other great gains which she otherwise would have made and acquired; and she has been kept and will be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical and hospital

2

care and attention.

WHEREFORE the Plaintiff, NANCY DELANEY, prays judgment against the Defendant, MENARD, INC., in a sum greater than Fifty Thousand Dollars ($50,000.00), as will fairly and adequately compensate her for her injuries and damages together with her costs in bringing this suit.

Respectfully Submitted,

One of the Attorneys for the Plaintiff,
NANCY DELANEY.

Robert D. Ayres
Attorney for the Plaintiff
Law Office of Daniel E Goodman, LLC
10400 W. Higgins Road, Suite 500
Rosemont, IL 60018
ARDC: 6191940
(847) 292-6000
robert@danielgoodmanlaw.com

\*\* FILED \*\* Env: 17546175
McHenry County, Illinois
22LA000116
Date: 4/19/2022 10:08 AM
Katherine M. Keefe
Clerk of the Circuit Court

RDA/mcl 4.19.22

STATE OF ILLINOIS )
) SS
COUNTY OF McHenry )

## IN THE CIRCUIT COURT OF THE TWENTY-SECOND JUDICIAL CIRCUIT
## MCHENRY COUNTY, ILLINOIS

| | |
|---|---|
| NANCY DELANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 22LA000116 |
| ) | |
| MENARD, INC. ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222(B), Counsel for the above-named plaintiff certifies that plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000.00).

By: _____
Robert D. Ayres
One of Attorneys for Plaintiff

ATTORNEY NO. 6191940
ROBERT D. AYERS
LAW OFFICE OF DANIEL E GOODMAN, LLC
10400 WEST HIGGINS ROAD, SUITE 500
ROSEMONT, IL 60018
(847) 292-6000
robert@danielgoodmanlaw.com